UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 22cr0823-JLS |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| ALEJANDRO NIETO GARCIA, | ) | |
| Defendant. | ) | |

Pursuant to joint motion and good cause appearing,

**IT IS ORDERED** that Motion Hearing and Trial Setting shall be continued from May 13, 2022 to July 15, 2022 at 1:30 p.m.

For the reasons stated in paragraph three of the joint motion, incorporated by reference herein, the Court finds the ends of justice served by granting the requested continuance outweigh the interests of the public and the defendant in a speedy trial. Accordingly, that the period of time from the filing of the joint motion until July 15, 2022, shall be excluded in computing the time under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

Dated: May 4, 2022

Hon. Janis L. Sammartino
United States District Judge

ORDER