# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 22cr0823-JLS |
|---|---|
| Plaintiff, | ) **ORDER** |
| v. | ) |
| ALEJANDRO NIETO GARCIA, | ) |
| Defendant. | ) |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the Motion Hearing and Trial Setting shall be continued from July 15, 2022 to September 9, 2022 at 1:30 p.m.

**IT IS FURTHER ORDERED** that the period of time from the filing of the joint motion until September 9, 2022, shall be excluded in computing the time under the Speedy Trial Act, 18 U.S.C. § 3161. For the reasons stated in paragraph three of the joint motion, incorporated by reference herein, the Court finds the ends of justice served by granting the requested continuance.

IT IS SO ORDERED.

Dated: July 13, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

ORDER